# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2024-2657
LT Case No. 1995-CF-004005-B
_____

ROLANDO LUIS SANCHEZ,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Marion County.
Lisa Diane Herndon, Judge.

Matthew J. Metz, Public Defender, and Susan A. Fagan,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Richard A.
Pallas, Jr., Assistant Attorney General, Daytona Beach, for
Appellee.


July 9, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and WALLIS and EISNAUGLE, JJ., concur.

*_____*

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

*_____*